**James WAKEFIELD, Respondent,**

v.

**RAINBOW, INC., and Western National Mutual Insurance Company, Relators,**

Fairview Southdale Hospital and the Institute for Athletic Medicine, Ramus Placement, Inc., Lauritsen Chiropractic, Intervenors.

**No. CX–97–2167.**

Supreme Court of Minnesota.

Feb. 23, 1998.

**ORDER**

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed October 29, 1997, be, and the same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subdivision 1(b).

Employee is awarded $400 in attorney fees.

/s/ BY THE COURT:

/s/ <u>Sandra Gardebring</u>
Sandra Gardebring
Associate Justice